Reversed and Remanded and Opinion filed February 6, 2003









Reversed and Remanded and Opinion filed February 6,
2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01140-CV

____________

 

WESTERN ATLAS INTERNATIONAL, INC., Appellant

 

V.

 

SUZETTE MOORE JONES, DIANE B. REINKEMEYER, SARAH MARIE
REINKEMYER AND GREGORY ALLEN REINKEMEYER, Appellees

 



 

On
Appeal from the 80th District Court

Harris
County, Texas

Trial
Court Cause No. 00-61370

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed September 16, 2002.  

On January 28, 2003,  the parties filed an agreed motion
to reverse the judgment and remand the cause to the trial court for further
action in accordance with the parties= settlement agreement.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court for further action in accordance with the parties= settlement agreement.








 

PER CURIAM

 

Judgment rendered and Opinion
filed February 6, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.